

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| In the Interest of  A. N. G., a Child, | § | No. 08-19-00088-CV |
| Appellant. | § | Appeal from |
|  | § | 383rd District Court |
|  | § | Of El Paso County, Texas |
|  | § | (TC# 2010CM094) |
|  | § |  |

## **O R D E R**

On April 8, 2019, Appellant filed an "affidavit of indigence" which we construed as a Statement of Inability to Afford Payment of Court Costs.  *See* TEX.R.CIV.P. 145; TEX.R.APP.P. 20.1.  Both the court reporter and Appellee filed challenges to the Statement of Inability.  Further, Appellee has moved to strike the Statement of Inability because it is defective.  The Statement of Inability does not include Appellant's monthly income.  Consequently, we grant Appellee's motion to strike.  The Court will give Appellant an opportunity to correct the defect by completing and filing a Statement of Inability on the form required by the Texas Supreme Court.  The Statement of Inability is due to be filed in this Court no later than April 29, 2019.

IT IS SO ORDERED this 22nd day of April, 2019.


PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.